UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff(s),<br><br>v.<br><br>OMAR MIRAMONTES-SALAS,<br><br>Defendant(s). | Case No. 2:17-CR-45 JCM (PAL)<br><br>ORDER |

Presently before the court is the government's unopposed motion to amend the indictment in case no. 2:17-cr-45-JCM-PAL. (ECF No. 19). This motion requests leave to correct a typographical error in the indictment as to the defendant's name. (*Id.*). The government has represented to the court that the defendant does not oppose the present motion. (*Id.*).

The court finds that granting this motion would not prejudice or mislead the defendant. *See United States v. Neill*, 166 F.3d 943, 947 (9th Cir. 1999).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the government's motion to amend the indictment (ECF No. 19) be, and the same hereby is, GRANTED.

DATED March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**